# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

157768

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

YASMEEN JASMILLA TAYLOR,
      Defendant-Appellee.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 157768
COA: 329849
Wayne CC: 15-002737-FC

By order of July 27, 2018, the application for leave to appeal the April 24, 2018 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Dixon-Bey* (Docket No. 156746) and *People v Beck* (Docket No. 152934). On order of the Court, *Beck* having been decided on July 29, 2019, 504 Mich ___ (2019), and leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



b1118

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk